JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARMEN VARGAS, <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 1:22-cv-01052-BAM <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME |

　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from April 17, 2023 to June 16, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　This is Plaintiff's second request for an extension of time.  Good cause exists for the requested extension. For the weeks of April 17 2023 and April 24, 2023,  Counsel currently has 12 merit briefs, and several letter briefs and reply

briefs.   This includes cases that undersigned counsel took on during co-counsel's, Dolly M. Trompeter, leave of absence. Additional time is needed to thoroughly brief this matter for the Court.

Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours.

Additionally, Counsel underwent major surgery on March 15, 2023, requiring post-op physical therapy, with the need for several breaks throughout the workday.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 3, 2023          PENA & BROMBERG, ATTORNEYS AT LAW


By: /s/ Jonathan Omar Pena
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: April 3, 2023          PHILLIP A. TALBERT
                              United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation
                              Social Security Administration


By:  */s/Jamala Edwards
     Jamala Edwards
     Special Assistant United States Attorney
     Attorneys for Defendant

(*As authorized by email on April 3, 2023)

# ORDER

Pursuant to stipulation, and good cause appearing, Plaintiff's request for an extension of time to file and serve a Motion for Summary Judgment is GRANTED. Plaintiff shall serve and file his Motion for Summary Judgment on or before June 16, 2023. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **April 4, 2023**         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE