JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARMEN VARGAS,<br><br>  Plaintiff,<br><br> vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:22-cv-01052-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 19-day extension of time, from June 16, 2023 to July 5, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

  This is Plaintiff's third request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of June 12, 2023 and June 16, 2023,

1  Counsel currently has 15 merit briefs, and several letter briefs and reply briefs.
2  Defendant does not oppose the requested extension. Counsel apologizes to the
3  Defendant and Court for any inconvenience this may cause.

                                    Respectfully submitted,

Dated: June 16, 2023        PENA & BROMBERG, ATTORNEYS AT LAW

                        By: */s/ Jonathan Omar Pena*
                            JONATHAN OMAR PENA
                            Attorneys for Plaintiff

Dated: June 16, 2023        PHILLIP A. TALBERT
                            United States Attorney
                            MATHEW W. PILE
                            Associate General Counsel
                            Office of Program Litigation
                            Social Security Administration

                        By:  *\*/s/ Jamala Edwards*
                            Jamala Edwards
                            Special Assistant United States Attorney
                            Attorneys for Defendant
                            (*As authorized by email on June 16, 2023)

## **ORDER**

Pursuant to stipulation, and cause appearing, Plaintiff's request for an extension of time is GRANTED. Plaintiff shall file a Motion for Summary Judgment on or before July 5, 2023. All other deadlines in the Court's Scheduling Order are modified accordingly. The parties are advised that no further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **June 20, 2023**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE