PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, NVSB No. 14609
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE CARMEN VARGAS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:22-cv-01052-JLT-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from August 4, 2023, up to and including October 2, 2023.  This is the Defendant's first request for an extension.

    Defendant requests this extension in order to review the 1600-page record; evaluate the two issues raised in Plaintiff's brief; determine whether options exist for settlement; and if not, to prepare Defendant's response to Plaintiff's motion.  Defendant's counsel was recently assigned this case along with several other cases due in the next few weeks, and now has ten cases due in in a nine-day period, and 28 cases on her desk, in various stages of the litigation process.

Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 17, 2023          /s/ Jonathan Omar Pena*
                              (*as authorized via e-mail)
                              JONATHAN OMAR PENA
                              Attorney for Plaintiff

Dated: July 17, 2023          PHILLIP A. TALBERT
                              United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Social Security Administration

                        By:   /s/ Michelle A. Pavelek
                              MICHELLE A. PAVELEK
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation and good cause appearing, Defendant shall have an extension, up to and including October 2, 2023, to respond to Plaintiff's Motion for Summary Judgment.
IT IS SO ORDERED.

Dated:  **July 18, 2023**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE